**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gilbert Keahi SOUZA, Defendant—**
**Appellant.**

**No. 05–10554.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

Loretta A. Sheehan, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Alexander Silvert, Esq., Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: HAWKINS, McKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM **

Gilbert Keahi Souza appeals from the district court's judgment and 108–month sentence imposed following his guilty-plea conviction for possession with intent to distribute in excess of 5 grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and possession with intent to distribute in excess of 5 grams of cocaine base, in violation of 21 U.S.C. § 841(a) and (b)(1)(B).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Souza has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Souza has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**